**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

v.

**WILLIS PIERRE LEWIS** *and* **BRITTANY
JONES**,

*Defendants*.

**Case No. 1:19-cr-307-RCL**

## JURY VERDICT

### *Count One: Sex Trafficking by Force, Fraud or Coercion (Z.S.)*

We, the jury, find defendant Willis Pierre Lewis:

__X___ Guilty

_____ Not Guilty

### *Count Two: Sex Trafficking by Force, Fraud or Coercion (T.H.Y.)*

We, the jury, find defendant Willis Pierre Lewis:

__X___ Guilty

_____ Not Guilty

### *Count Three: Sex Trafficking of a Minor (Z.S.)*

We, the jury, find defendant Willis Pierre Lewis:

__X___ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

__X___ Guilty

_____ Not Guilty

1

### Count Four: Sex Trafficking of a Minor (T.H.Y.)

We, the jury, find defendant Willis Pierre Lewis:

__X__ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

__X__ Guilty

_____ Not Guilty

### Count Five: Conspiracy to Sex Traffic a Minor

We, the jury, find defendant Willis Pierre Lewis:

__X__ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

__X__ Guilty

_____ Not Guilty

### Count Six: Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity (Z.S.)

We, the jury, find defendant Willis Pierre Lewis:

__X__ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

_____ Guilty

__X__ Not Guilty

2

### *Count Seven: Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity (T.H.Y.)*

We, the jury, find defendant Willis Pierre Lewis:

__X__ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

_____ Guilty

__X__ Not Guilty

### *Count Eight: Conspiracy to Transport a Minor with the Intent to Engage in Criminal Sexual Activity*

We, the jury, find defendant Willis Pierre Lewis:

__X__ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

_____ Guilty

__X__ Not Guilty

### *Count Nine: Transportation for the Purposes of Engaging in Prostitution (Z.S.)*

We, the jury, find defendant Willis Pierre Lewis:

__X__ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

_____ Guilty

__X__ Not Guilty

3

### *Count Ten: Transportation for the Purposes of Engaging in Prostitution (T.H.Y.)*

We, the jury, find defendant Willis Pierre Lewis:

___X___ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

_____ Guilty

___X___ Not Guilty

### *Count Eleven: Interstate Travel and Transportation in Aid of Racketeering*

We, the jury, find defendant Willis Pierre Lewis:

___X___ Guilty

_____ Not Guilty

We, the jury, find defendant Brittany Jones:

___X___ Guilty

_____ Not Guilty

### *Count Twelve: Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year*

We, the jury, find defendant Willis Pierre Lewis:

___X___ Guilty

_____ Not Guilty

### *Count Thirteen: Obstruction of Enforcement of 18 U.S.C. § 1591*

We, the jury, find defendant Willis Pierre Lewis:

_____ Guilty

___X___ Not Guilty

Your deliberations are complete. Please sign and date this verdict form and deliver it to the Marshal.

Date: May 23, 2022

Foreperson

5-23-22

CSO Martin

14 10 hrs